UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



CARLOS RUIZ,
    Petitioner,

v.                                   CASE NO: 3:25-CV-105-WWB-MCR

FLORIDA D.O.C.,
    Respondent.
_____/

### PETITION Of INQUIRY AND WARNING TO COURT

COME NOW, the Petitioner, Carlos Ruiz, *pro se*, and submit "Petition of Inquiry and Warning to Court" and, in support thereof, the Petitioner will state the following:

### STATEMENT OF FACTS

1. First of all, Petitioner fear for his life and safety, and he have filed several Grievances stating that if he die other than of natural death, he will be pointing his fingers to the prison Warden, his agents, the Medical Department, and the DOC Secretary. Also, Petitioner have already informed his own son about this matter.

2. Now, Petitioner is and have been in the Custody of the DOC since 7/20/82, and several times his jailers have conspired with other inmates to surprisingly attack and hurt Petitioner[1], or they have themselves abused (in many ways) their little

---

[1] In one of such attacks Petitioner sustained severe head and bodily injuries, including a life threatening skull fracture on his left orbit and a spinal cord fracture, too, and no medical care, <u>ever</u>. Documented in over 500 medical grievances. See Case No: 3:16 CV 00017 TJC/MCR, in this Court.

man authority to hurt Petitioner[2], all documented through the Grievance Process, as will be shown in Petitioner's Prison files.

3. Petitioner do not know how to properly prepare and put together a law suit to bring any of such cases to Court. Petitioner do not know the law nor he know how to truly proceed.

4. Petitioner knows his Constitutional Rights have been violated by the "DOC" agents and that he have got a right to sue his jailers, but since he is uneducated in law, do not know how to proceed, and he can't afford a lawyer, and the prison Law Library Inmate Law Clerks are prohibited from assisting other Inmates in such matters, Petitioner want to inquire from this Court "where are Petitioner's Constitutional Rights, or who would guarantee it for Petitioner?"

5. If Petitioner is uneducated in law, do not know how to legally proceed, see Case No: 3:16 CV 00017 TJC / MCR, can't afford a lawyer, and he have not assistance from Inmate Law Clerks, this clearly mean Petitioner is totally defenseless / unprotected and that his "Constitutional Rights" are only an illusion, a deceit, and this fact also mean that the "DOC" Agents (Criminals in Uniform and some even gang affiliates)[3] know that they can get away with any abuses / crimes committed against inmates.

---

[2] Motivated uniquely for retaliation for Petitioner grieving and exposing all of their abuses / crime committed against Petitioner and defenseless inmates in general.

3 On Jan. 8, 2025, Petitioner filed a Grievance with the prison Warden exposing known D.O.C. Officers who are gang affiliates, if Petitioner know few D.O.C. Officers who are gang affiliates, this mean that there are hundreds of them all over the State. See Statute 874,03 and 874.05; and up to date, no response. This non-response from the Warden mean the D.O.C. knows about it and is attempting to cover it up, and Petitioner's Life will be in danger all over the State since there are gangs in every prison in Florida.

6. Once again, Petitioner ask this Court "where are Petitioner's Constitution Rights, and who would guaranteed / protect such rights for Petitioner? Or who care about it?"

7. If nobody, not even the Courts, can or would guarantee Petitioner's Constitutional Rights, this mean that there are no rights but only an illusion, a fraud, and therefore, there is no justice, or at least <u>not</u> for those who are unable to pay for it, Again, see paragraph 5, above.

## SOUGHT RELIEF

Petitioner <u>pray</u> this Court [only] for a meaningful / clear response concerning paragraph 1, 2, and 5 to 7 into this Petition. Petitioner also <u>pray</u> this Court not to lightly take this Petition / Warning.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true copy of the foregoing Petition has been furnished to: Clerk of Court, U.S. District Court, Middle District of Florida, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202-4271, via Legal Mail on this 3rd day of February, 2025. See page 4.

Respectfully submitted,

Carlos Ruiz
Carlos Ruiz, #086219
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

3

for this Court to know: Petitioner is forwarding a copy of this "Petition Of Inquiry and warning to Court; to: Florida department of Corrections, Office of the General Counsel, 501 South Calhoun Street, Tallahassee, Florida 32399.

for the General Counsel: see footnote 3 into this Petition. Petitioner request action in this matter -- He is willing to expose this gang affiliates "officers".

CC file.

Carlos Ruiz 086219

Page 4.